**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | |
|---|---|
| THE WESTERN AND SOUTHERN LIFE INSURANCE COMPANY; WESTERN-SOUTHERN LIFE ASSURANCE COMPANY; COLUMBUS LIFE INSURANCE COMPANY; INTEGRITY LIFE INSURANCE COMPANY; NATIONAL INTEGRITY LIFE INSURANCE COMPANY; and FORT WASHINGTON INVESTMENT ADVISORS, INC. on behalf of FORT WASHINGTON ACTIVE FIXED INCOME LLC, <br><br>    Plaintiffs, <br><br>    v. <br><br> JPMORGAN CHASE BANK, N.A.; JPMORGAN MORTGAGE ACQUISITION CORPORATION; J.P. MORGAN SECURITIES LLC; J.P. MORGAN ACCEPTANCE CORPORATION I; WASHINGTON MUTUAL MORTGAGE SECURITIES CORP.; WAMU CAPITAL CORPORATION; and WAMU ASSET ACCEPTANCE CORPORATION, <br><br>    Defendants. | Civil Action No. 1:11-CV-00495 <br><br> Chief Judge Susan J. Dlott |
| JPMORGAN CHASE BANK, N.A., <br><br>    Third-Party Plaintiff, <br><br>    v. <br><br> THE FEDERAL DEPOSIT INSURANCE CORPORATION, <br><br>    Third-Party Defendant. | |

**STIPULATION AND SCHEDULING ORDER**

WHEREAS, defendants JPMorgan Chase Bank, N.A., JPMorgan Mortgage Acquisition

Corporation, J.P. Morgan Securities LLC, J.P. Morgan Acceptance Corporation I, Washington

Mutual Mortgage Securities Corp., WaMu Capital Corporation and WaMu Asset Acceptance

Corporation (collectively, "Defendants") removed the above-captioned action (the "Action") from the Court of Common Pleas, Hamilton County, Ohio, to the United States District Court for the Southern District of Ohio on July 22, 2011;

WHEREAS, plaintiffs The Western and Southern Life Insurance Company, Western-Southern Life Assurance Company, Columbus Life Insurance Company, Integrity Life Insurance Company, National Integrity Life Insurance Company, and Fort Washington Investment Advisors, Inc., on behalf of Fort Washington Active Fixed Income LLC (collectively, "Plaintiffs") filed an Amended Complaint in the Court of Common Pleas, Hamilton County, Ohio on July 21, 2011 and re-filed the Amended Complaint in this Court on August 1, 2011 with non-substantive changes to reflect removal;

WHEREAS, the parties previously stipulated and agreed to a schedule according to which Defendants were to answer, move or otherwise respond to the Amended Complaint no later than September 30, 2011, and that schedule was ordered by this Court on August 10, 2011;

WHEREAS, Plaintiffs filed a motion to remand the Action to the Court of Common Pleas, Hamilton County, Ohio, on August 25, 2011; and

WHEREAS, Plaintiffs and Defendants have conferred and have agreed to the following briefing schedule regarding the remand motion and Defendants' response to the Amended Complaint in light of the pending remand motion.

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel, subject to the approval of the Court, as follows:

1. Defendants shall file their opposition to Plaintiffs' motion to remand no later than September 26, 2011.

2. Plaintiffs shall file their reply papers no later than October 17, 2011.

3. Subject to any subsequent scheduling Order entered by this Court, Defendants shall not be required to answer, move or otherwise respond to Plaintiffs' Amended Complaint, dated August 1, 2011, prior to thirty (30) days after resolution of Plaintiffs' motion to remand.

Dated: September 1, 2011

                                                        Respectfully submitted,

| */s/ Adam C. Sherman* | */s/ Gregory A. Harrison* |
|---|---|
| Glenn V. Whitaker (0018169) | Gregory A. Harrison (0029814) |
| Eric W. Richardson (0066530) | DINSMORE & SHOHL LLP |
| Adam C. Sherman (0076850) | 1900 Chemed Center |
| VORYS, SATER, SEYMOUR AND PEASE LLP | 255 East Fifth Street |
| 221 East Fourth Street, Suite 2000 | Cincinnati, OH  45202 |
| Cincinnati, OH  45202 | Telephone:  513-977-8200 |
| Telephone:  513-723-4000 | Facsimile:   513-977-8141 |
| Facsimile:   513-723-4056 | Email:  greg.harrison@dinslaw.com |
| Email: gvwhitaker@vorys.com<br>      ewrichardson@vorys.com<br>      acsherman@vorys.com | *Attorney for Defendants* |
| *Attorneys for Plaintiffs* | |

                                                **SO ORDERED.**

                                                <u>**S/Susan J. Dlott**</u>
                                                **UNITED STATES DISTRICT JUDGE**

1980706_1