IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| Western Southern Life Insurance Company, et al., | : : : | Case No. 1:11-cv-495 |
| Plaintiffs, | : : | Chief Judge Susan J. Dlott |
| v. | : : | SCHEDULING ORDER |
| JPMorgan Chase Bank, N.A., et al., | : : | |
| Defendants. | : | |

On November 21, 2011, this Court held a status conference to address a continuing dispute related to this Court's subject matter jurisdiction over the instant suit. After the parties reached agreement as to the procedure they would follow to resolve that dispute, the Court converted the status conference into a scheduling conference and set the following schedule:

- Resolution of the Jurisdictional Dispute: Plaintiffs have file a related case in state court; Defendants have removed the related case to federal court; and the Court has consolidated the two cases.

- Defendants will file their motion(s) to dismiss no later than sixty (60) days after the cases are consolidated.

- Initial disclosures are due thirty (30) days after the Court issues an order on the motion(s) to dismiss.

- The Parties will have eighteen (18) months from the date of the Court's order on the motion(s) to dismiss to conduct fact discovery, and twenty-two (22) months from the date of the Court's order on the motion(s) to dismiss to conduct expert discovery. The parties must identify experts no later than nineteen (19) months after the date of the Court's

order on the motion(s) to dismiss.

- Dispositive motions will be due six (6) months from the cut-off of expert discovery.

IT IS SO ORDERED.


          ___s/Susan J. Dlott_____
          Chief Judge Susan J. Dlott
           United States District Court