AO 456s (Rev. 8/01)  Notice

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

The Western & Southern Life Insurance
Company, et al.,

Case Number:  1:11cv495

V.

JP Morgan Chase Bank, N.A., et al.,

Chief Judge Susan J. Dlott

## NOTICE

**TAKE NOTICE** that Oral argument on defendant's motion to dismiss the second amended complaint (doc. 57) in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| Potter Stewart U.S. Courthouse<br>100 East Fifth Street<br>Cincinnati, Ohio 45202 | Courtroom #7 (Room 117) |
| | DATE AND TIME<br>October 17, 2012 at 10:00 a.m. |

JAMES BONINI, CLERK

____s/William Miller_____
William Miller
Case Manager

You can obtain all the pretrial procedures and forms used by the Judge by visiting our website at

www.ohsd.uscourts.gov

Click on Judges and then on Procedures and Forms beside the Judge's address.

If you do not have the ability to access the Website for the Judge's procedures and forms, please contact me.